Fahringer, Appellant, v. B. N. & Co.

Submitted October 17, 1930.

Before TREXLER, P. J., KELLER, LINN, GAWTHROP, CUNNINGHAM, BALDRIGE and WHITMORE, JJ.

90

*Edwin A. J. Blank,* for appellant.

*C. Brewster Rhoads,* and with him *Montgomery & McCracken,* for appellee.

PER CURIAM, November 20, 1930:

The order is affirmed on the opinion of Judge FERGUSON, President Judge of the lower court.